UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CARL RENOWITZKY,

    Plaintiff,

vs.

UNITED STATE OF AMERICA, et al.,

    Defendants.

Case No: C 17-5656 SBA

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

On January 5, 2018, Magistrate Judge Corley ("Magistrate") issued a Report and Recommendation recommending the Court to dismiss the instant pro se action without prejudice "for failure to prosecute based on Plaintiff's failure to provide a correct mailing address, file a consent/reassignment form, file a case management statement, or appear at the Case Management Conference." Dkt. 7 at 2.

Any objections to a report and recommendation must be filed within fourteen days of receipt thereof. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); Civ. L.R. 72-2, 72-3. Three days are added to this deadline where service of the order is by mail. Fed. R. Civ. P. 6(d). The district court must "make a de novo determination of those portions of the report to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); see also Civ. L.R. 72-3(a) (requiring that any objections be accompanied by a motion for de novo determination).

The deadline to file an objection to the report and recommendation was January 22, 2018. See Fed. R. Civ. P. 6(a)(1), 6(d), 72(b). To date, no objections have been filed in this case. In the absence of a timely objection, the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R.

Civ. P. 72, advisory committee notes (1983) (citing Campbell v. U.S. Dist. Court, 501 F.2d 196, 206 (9th Cir. 1974)); see also United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("The statute [28 U.S.C. § 636(b)(1)(C)] makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if [an] objection is made*, but not otherwise."). The Court has reviewed the record on its face and finds no clear error. Accordingly,

IT IS HEREBY ORDERED THAT the Magistrate's Report and Recommendation (Docket 7) is ACCEPTED and shall become the Order of this Court. The instant action is dismissed without prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: 2/26/18

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge